IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE J. SMITH, | : | |
| Petitioner, | : | 1:17-cv-1130 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN, FCI SCHUYLKILL, | : | |
| Respondent. | : | |

# ORDER

**July 31, 2017**

NOW THEREFORE, upon preliminary consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction. *See* R. GOVERNING § 2254 CASES R. 4, 1(b).

2. The Clerk of Court is directed to NOTIFY the petitioner.

3. The Clerk of Court is further directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge